IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | No. 1:22-CV-654-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ASCENSION SETON-LULING ET. AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |
| | § | |

## ORDER FOR SERVICE

The matter before the Court is the status of this case.  A complaint was filed against Defendants on July 5, 2022.  (Dkt. # 1.)  Summons was issued on July 6, 2022, but the docket does not reflect that service was effectuated.  (See Dkt. # 3.)  The case was reassigned to the undersigned on May 4, 2023.  (Dkt. # 4.)  Over ninety days have passed since the complaint was filed, and the docket does not reflect that Defendants have ever been served with process.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

Accordingly, the Court **ORDERS** Plaintiff to serve Defendants within **fourteen (14) days** of the date of this Order.  If Plaintiff fails to comply or otherwise demonstrate the requisite cause necessary to extend the time for service pursuant to Rule 4(m), the Court will dismiss this action without prejudice against Defendants after **fourteen (14) days**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, June 16, 2023.

_____

David Alan Ezra
Senior United States District Judge