IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jane Doe, | § | No. 1:22-CV-654-DAE |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ASCENSION SETON-LULING, *et al.* | § | |
|     Defendants. | § | |
| _____ | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

The matter before the Court is the status of the case. On June 16, 2023, this Court entered an Order for Service requiring Plaintiff to serve Defendants within fourteen days or otherwise demonstrate good cause for their failure to do so. (Dkt. # 5.)

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Since Plaintiff has still not effectuated service on Defendants nor otherwise demonstrated the requisite cause necessary to extend the time for service

pursuant to Rule 4(m), the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

The Clerk is **INSTRUCTED** to **CLOSE** the case.

**DATED:** Austin, Texas, July 5, 2023.

_____
David Alan Ezra
Senior United States District Judge